IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

ALLEN GATES                                                                                              PETITIONER

VS.                                                          CIVIL ACTION NO. 5:06cv28DCB-MTP

CONSTANCE REESE                                                                                  RESPONDENT

## JUDGMENT

This matter having come on to be heard on this date upon the Report and Recommendation of the United States Magistrate Judge entered in this cause, and the Court, after a full review of the record, having adopted said Report and Recommendation as the finding of this Court by Order dated this day, finds that the petitioner's Petition for Writ of Habeas Corpus [1] should be dismissed without prejudice.

IT IS, THEREFORE, ORDERED AND ADJUDGED that petitioner's Petition for Writ of Habeas Corpus [1] be, and the same is hereby, dismissed without prejudice.

SO ORDERED this the   11th   day of    March  , 2008.

                                                              s/ David Bramlette
                                                         UNITED STATES DISTRICT JUDGE